GRANTED
PER CURIAM
12/14/2020

PD-1362-18
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/8/2020 7:37 PM
Accepted 12/10/2020 9:33 AM
DEANA WILLIAMSON
CLERK

**PD-1362-18**

| | | |
|---|---|---|
| **DEWEY BARRETT** | § | **IN THE COURT OF** |
| | § | FILED<br>COURT OF CRIMINAL APPEALS |
| **vs.** | § | **CRIMINAL APPEALS** 12/10/2020 |
| | § | DEANA WILLIAMSON, CLERK |
| **THE STATE OF TEXAS** | § | **AT AUSTIN, TEXAS** |

## MOTION TO WITHDRAW

**TO THE HONORABLE COURT:**

Now comes Austin Reeve Jackson, counsel for Appellant in the above entitled and numbered cause, and makes this Motion to Withdraw, and for good cause shows the following:

### I.

Counsel was appointed to represent Appellant in his PDR. Both parties have now filed their briefs in this matter and this case was submitted on 18 March 2020. As of today, 8 December, no decision has been returned.

On 1 January counsel will take office as judge of the 114th District Court of Smith County and can no longer represent any client. Consequently, Appellant, who is indigent, will be left without counsel unless a new attorney is appointed. For this reason, counsel would request the Court remand this case to the trial court for the purpose of appointing new counsel.

A copy of this motion has been sent to Appellant at:

Inmate 00645165
Michael Unit
2664 FM 2054
Tennessee Colony, TX75886

**WHEREFORE, PREMISES CONSIDERED**, undersigned counsel respectfully prays that, in accordance with the applicable law, the Court grant this Motion to Withdraw and remand the case for appointment of new counsel.

Respectfully submitted,


/s/ Austin Reeve Jackson
Texas Bar No. 24046139
PO Box 8355
Tyler, TX 75711
Telephone: (903) 595-6070
Facsimile: (866) 387-0152


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served on counsel for the State by efile. Further, a copy of this Motion was also served on Appellant.

/s/ Austin Reeve Jackson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 48764447
Status as of 12/10/2020 9:34 AM CST

Associated Case Party: Dewey Barrett

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Austin R.Jackson | | jlawappeals@gmail.com | 12/8/2020 7:37:31 PM | SENT |
| Austin ReeveJackson | | thejacksonlawfirm@gmail.com | 12/8/2020 7:37:31 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacey Soule | 24031632 | information@spa.texas.gov | 12/8/2020 7:37:31 PM | SENT |
| Michael J. West | 21203300 | mwest@smith-county.com | 12/8/2020 7:37:31 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Aaron S.Rediker | | arediker@smith-county.com | 12/8/2020 7:37:31 PM | SENT |